AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

## APPEARANCE

Case Number: 1:07-CR-000843-DC-2

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

GILBERT CESPEDES

I certify that I am admitted to practice in this court.

2/14/2008
Date

Signature

PAUL S. BRENNER  1488527
Print Name  Bar Number

401 BROADWAY STE 306
Address

NEW YORK  NY  10013
City  State  Zip Code

(212) 431-4480  (212) 966-0588
Phone Number  Fax Number